IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SQUARE RING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE-1, JOHN DOE-2, JOHN DOE-3, ) <br> JOHN DOES 4-10, and USTREAM.TV INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 09-563-GMS-SRF |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**RECOMMENDATION ABSENT TIMELY OBJECTION**

Pending before the court is United States Magistrate Judge Fallon's Report and Recommendation issued on September 30, 2013 (D.I. 112). This order is issued upon consideration of the Report and Recommendation and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure, with no objection having been received.

Accordingly, this 1st day of November, 2013, IT IS HEREBY ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation is ADOPTED.

2. Square Ring, Inc.'s objection to Lonstein Law Office, P.C.'s charging lien (D.I. 42) is SUSTAINED and the charging lien (D.I. 41) is STRICKEN.

CHIEF UNITED STATES DISTRICT JUDGE