## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SQUARE RING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-563-GMS |
| v. ) | |
| ) | |
| JOHN DOE-1, CHIEF EXECUTIVE OFFICER, ) | |
| JOHN DOE-2, CHIEF TECHNICAL ) | |
| OFFICER, JOHN DOE-3, PRESIDENT, JOHN ) | |
| DOES 4-10, Individually and as officers, ) | |
| directors, shareholders and/or principals of ) | |
| USTREAM.TV, INC., a/k/a ) | |
| USTREAM.TV.COM, a/k/a USTREAM, ) | |
| ) | |
| and ) | |
| ) | |
| USTREAM.TV, INC., a/k/a, ) | |
| USTREAM.TV.COM, a/k/a USTREAM, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Square Ring, Inc. ("Plaintiff") and Defendant Ustream, Inc. ("Defendant"), having entered into a confidential written settlement agreement (the "Settlement Agreement") resolving any and all claims between them, including that this action and all claims asserted by Plaintiff in this action be dismissed with prejudice, hereby stipulate and agree through their respective undersigned counsel of record as follows.

**IT IS STIPULATED AND AGREED** that this action, including all claims asserted by Plaintiff in this action, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs;

**IT IS FURTHER STIPULATED AND AGREED** that the Court is authorized and requested to enter an order on this Stipulation dismissing the action and all claims asserted by

Plaintiff in this action with prejudice pursuant to Civil Local Rule 77.2(a)(3), and to make any and all such orders and judgments which may be necessary and proper to dismiss this action and all claims asserted by Plaintiff in this action with prejudice;

**IT IS FURTHER STIPULATED AND AGREED** that the Court retains jurisdiction to enforce its order, this Stipulation, and the Settlement Agreement, and to resolve any disputes concerning or arising out of its order, this Stipulation, or the Settlement Agreement.

Dated: June 22, 2015

Respectfully Submitted,

| HUDSON, JONES JAYWORK & FISHER | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *Michael G. Rushe* <br> Michael G. Rushe (#4959) <br> 225 South State Street <br> Dover, DE 19901 <br> Tel: (302) 734-7401 <br> mrushe@delawarelaw.com <br><br> *Of Counsel for Plaintiff:* <br> Pamela C. Wirt, Esq. <br> John S. Wirt, Esq. <br> WIRT & WIRT, P.C. <br> 770 Bryant Avenue <br> Winnetka, IL 60093 <br> Tel: (847) 347-8030 <br> mail@wirtlawfirm.com <br><br> *Attorneys for Square Ring, Inc.* | By: /s/ *David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, Sixth Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899 <br> Telephone: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Of Counsel for Defendant:* <br> Rodger R. Cole, Esq. <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: (650) 335-7603 <br> rcole@fenwick.com <br><br> *Attorneys for Ustream, Inc.* |

### ORDER

IT IS SO ORDERED.

Dated this 23rd day of June, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

1193445/35415

2